USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC INDEMNITY COMPANY,
Plaintiff,

-v-

KITON CORPORATION,
Defendant.

21-cv-4391 (LJL)

KITON CORPORATION,
Plaintiff,

-v-

PACIFIC INDEMINITY COMPANY,
Defendant.

21-cv-6956 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

These cases have all been assigned to the Court due to their relatedness.

For convenience, expedition, and judicial economy, the Court intends to consolidate them into a single action. *See* Federal Rule of Civil Procedure 42(a)(2); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d. Cir 1990) (noting that district courts have "broad discretion to determine whether consolidation is appropriate" and that "courts have taken the view that considerations of judicial economy favor consolidation"); *Garber v. Randell*, 477 F.2d 711, 714 (2d Cir. 1973) ("[C]onsolidation of stockholders' suits during pretrial stages pursuant to [Rule 42] may benefit both the court and the parties by expediting pretrial proceedings, avoiding duplication and harassment of parties and witnesses, and minimizing expenditure of time and money by all persons concerned.").

IT IS HEREBY ORDERED that any party objecting to consolidation shall file a letter on ECF, not to exceed two pages, by October 21, 2021.

IT IS FURTHER ORDERED that the deadline for Defendants to answer or move to dismiss any Complaint in the above-captioned cases is ADJOURNED to October 29, 2021.

SO ORDERED.

Dated: October 14, 2021
New York, New York

LEWIS J. LIMAN
United States District Judge