```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PACIFIC INDEMNITY COMPANY,          :
                         Plaintiff, :
    -v-                             :
                                    :                ORDER
KITON CORPORATION,                  :
                                    :
                         Defendant. :          21-cv-4391 (LJL)
--------------------------------------------------- :
                                    :
KITON CORPORATION,                  :          21-cv-6956 (LJL)
                         Plaintiff, :
    -v-                             :
                                    :
PACIFIC INDEMINITY COMPANY,         :
                                    :
                         Defendant. :
--------------------------------------------------- :
                                    X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021

LEWIS J. LIMAN, United States District Judge:

      The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

      The Clerk of Court is directed to consolidate all cases listed above under case number 21-cv-4391 and to close all other cases. **Counsel are directed to make filings only under case number 21-cv-4391.**

      SO ORDERED.

Dated: October 25, 2021                           _____
       New York, New York                        LEWIS J. LIMAN
                                                         United States District Judge